IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH JACKSON, VAN HANTE, TERESSA DEAN, CHRISTINE SHAW, TERRALIA SHORTERS, and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PAYDAY LOAN STORE OF ILLINOIS, INC., d/b/a PAY DAY LOAN STORE<br><br>Defendant. | No.   09 C 4189<br><br>Judge Kendall |

## STIPULATION

Plaintiffs, Deborah Jackson, Van Hante, Teressa Dean, Christine Shaw, and Terralia Shorters, and Defendant, The PayDay Loan Store of Illinois, Inc., stipulate and agreed as follows:

1. On December 8, 2009, Judge Kendall ordered Plaintiffs to file a second consolidated complaint, following Judge Kendall's granting of Defendant's third motion for reassignment of related action (reassigning the lawsuit entitled <u>Shorters v. The Payday Loan Store of Illinois, Inc.</u>, No. 09 C 7036 (N.D. Ill.) to the lower-numbered, related lawsuit entitled <u>Jackson v. The Payday Loan Store of Illinois, Inc.</u>, No. 09 C 4189 (N.D. Ill.)).

2. Prior to Judge Kendall's December 8, 2009 order, the parties fully briefed Defendant's motion to compel arbitration. The parties have filed 5 briefs in total: Defendant's motion to compel arbitration and its supporting memorandum (on August 19, 2009), Plaintiff Deborah Jackson's response memorandum in opposition (on October 7, 2009), Defendant's reply memorandum in support (on October 14, 2009), Plaintiffs' sur-reply in opposition (Judge Kendall granted leave on November 9, 2009), and Defendant's response to Plaintiffs' sur-reply (on December 7, 2009, following Judge Kendall's grant of leave on November 24, 2009).

3. On December 22, 2009, Plaintiffs filed their second consolidated complaint, including the claims of Plaintiff Terralia Shorters.

4. The parties agree that they will stand on their previously filed memoranda (respectively, in support of and in opposition to Defendant's motion to compel arbitration). That is, Defendant's previously filed motion to compel arbitration shall be deemed Defendant's responsive pleading to Plaintiffs' present second consolidated complaint; the parties previously filed memoranda (in support of and in opposition to Defendant's motion to compel arbitration) shall be deemed applicable to Defendant's motion to compel arbitration directed to Plaintiffs' second consolidated complaint.

**DATED:** **January 7, 2010**

**AGREED:**

s/Thomas E. Soule
(with consent)

Counsel for Plaintiffs
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois  60603
(312) 739-4200

s/Jonathan N. Ledsky

Counsel for Defendant
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
(312) 341-9400

## **CERTIFICATE OF SERVICE**

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation** was served electronically via CM/ECF e-Filing upon:

Daniel A. Edelman (courtecl@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Thomas Everett Soule (tsoule@edcombs.com)

this 7th day of January, 2010.

s/ Jonathan N. Ledsky